IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TRINITY SNK CORPORATION, f/k/a Global Management and Investment Corporation; RADHESHVAR LLC, d/b/a Motel 6 and d/b/a Super 8; CPLG PROPERTIES, LLC; KUZZINS BUFORD, LLC and THE RITZ-CARLTON HOTEL COMPANY, LLC, <br><br> Defendants. | Case No.: 1:26-cv-01668-JPB |

**ATAIN SPECIALTY INSURANCE COMPANY'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, ATAIN SPECIALTY INSURANCE COMPANY ("Atain"), Plaintiff in the above-styled civil action and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1, hereby voluntarily dismisses the instant civil action, without prejudice. In accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), voluntary dismissal under this rule is appropriate because no

defendant has been served such that no answer(s) or motion(s) for summary judgment have been filed. Further, as provided in Local Rule 41.1, the Clerk of this Court may enter an order of voluntary dismissal without prejudice.

Finally, Fed.R.Civ.P. 41(a)(1)(B) provides that the effect of a dismissal under Rule 41 is "without prejudice" where the plaintiff has not previously dismissed an action—federal or state—based on or including the same claim. Because this is Atain's first voluntary dismissal of the instant action, same is "without prejudice" in accordance with the Local Rules of this Court and Federal Rules of Civil Procedure.

WHEREFORE, Atain respectfully requests that the Clerk of this Court enter an order of voluntary dismissal without prejudice.

This 6th day of April, 2026.

**WOOD SMITH HENNING & BERMAN LLP**    /s/ Nicholas B. Tuz
1230 Peachtree Street NE; Suite 2350    Richard E. Zelonka
Atlanta, Georgia 30309    Georgia Bar No. 142152
Telephone:  470-552-1150    Nicholas B. Tuz
Fax: 470-552-1151    Georgia Bar No. 274964
rzelonka@wshblaw.com
ntuz@wshblaw.com    *Attorneys for Atain Specialty Insurance*
jhilton@wshblaw.com    *Company*